**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6083**

_____

IRVIN JEFFERSON WILSON,

              Plaintiff – Appellant,

       v.

WILLIAM     BYRAS,    Director    SCDC;    MONICA     WALLACE,
Classification SCDC; B. LEWIS, Case Worker SCDC,

              Defendants – Appellees,

       and

C. THOMPSON, Grievanor Co-Ord SCDC,

              Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.    Mary G. Lewis, District Judge.
(4:11-cv-02837-MGL)

_____

Submitted: May 23, 2013            Decided: July 5, 2013

_____

Before DIAZ, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Irvin Jefferson Wilson, Appellant Pro Se.   Edgar Lloyd Willcox,
II, WILLCOX BUYCK & WILLIAMS PA, Florence, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irvin Jefferson Wilson appeals the district court's order adopting the magistrate judge's recommendation to grant summary judgment to the Defendants on Wilson's 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no due process violation, and thus no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm substantially for the reasons stated by the district court. Jefferson v. Byras, No. 4:11-cv-02837-MGL (D.S.C. Jan. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED